154 A.3d 701

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
KEVIN LLOYD (A/K/A CHRIS BARRETT, DEVIN
KEITH), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-000684-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 701

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. MICHAEL GORE, JR. (A/K/A MICHAEL ROY
GORE, JR.), DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-004837-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.